UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER HARPER** | CASE NO. 1:18-CV-438 |
| Plaintiff, | |
| v. | **COMPLAINT** |
| **THE CITY OF TROTWOOD** | **JURY TRIAL DEMAND** |
| and | |
| **OFFICER BETHANY MORRISETT** | |
| Defendants. | |

## INTRODUCTION

1. This lawsuit contends that the Constitutional rights of Plaintiff were violated by Defendants when Defendant, Officer Bethany Morrisett, arrested him and falsely charged him with obstructing official business. Plaintiff further alleges that these actions were taken because he did not know the name of a young woman who passed out on the concrete floor.

## JURISDICTION AND VENUE

2. This court has jurisdiction over the Plaintiff's claims against the above-referenced Defendants pursuant to 28 U.S.C. §1343 and/or 28 U.S.C. §1331.

3. The violations of Plaintiff's fourteenth amendment rights are made actionable against the Defendants pursuant to the Civil Rights Act of 1871, as amended 42 U.S.C. §1983.

THE LAW OFFICE OF
REX A. WOLFGANG
246 HIGH STREET
HAMILTON, OHIO 45011
Tel. (513) 868-2731
Fax (513) 868-1190
E-MAIL rawolfgan@aol.com

## PARTIES

4. Plaintiff, Christopher Harper, is a resident of Montgomery County, Ohio residing at 2536 Rondowa Drive, Riverside, Ohio 45431.

5. Defendant, City of Trotwood, is a hired municipality located within Montgomery County, Ohio.

6. Defendant, Officer Bethany Morrisett, is an officer serving within that county.

## FACTS

7. On July 17, 2017, Plaintiff was working at a house he owned at 6562 Hoover Avenue in Trotwood, Ohio. It is not his primary residence, but is investment property.

8. On or about that day, Plaintiff was working in the garage at 6562 Hoover when he noticed a young woman looking into his truck. This woman would later be identified as a Ms. Kerri Schaffer. Mr. Harper did not know her at the time.

9. Ms. Schaffer approached Plaintiff in his garage, claimed to be overwhelmed by the heat, took off her shirt and bra, and passed out on the concrete floor. Plaintiff, suspecting an overdose, called 911 to help her. In doing so, he probably saved her life.

10. Shortly thereafter, a tall male officer arrived. His name is not listed on the police report.

11. Thereafter, Defendant, Officer Bethany Morrisett, arrived and began berating Plaintiff about his activities with Ms. Schaffer and charged him with obstructing official business because he did not know Ms. Schaffer's name. The crime of obstructing official business in the State of Ohio requires an affirmative act as part of its elements. A simple refusal to provide information or a refusal to assist is not obstructing official business.

THE LAW OFFICE OF
REX A. WOLFGANG
246 HIGH STREET
HAMILTON, OHIO 45011
Tel. (513) 868-2731
Fax (513) 868-1190
E-MAIL rawolfgan@aol.com

12. Defendant, Officer Bethany Morrisett, handcuffed Plaintiff and placed him under arrest. He was placed in the squad car and transported a short distance before being released.

13. In order to cover her misdeeds, Defendant, Officer Bethany Morrisett, then filed a report containing false information. During the prosecution of Plaintiff, the Defendant, City of Trotwood, refused to turn over the body cameras of the arrest that would show that the report was false and constituted a cover-up of a wrongful arrest.

## CAUSES OF ACTION

### COUNT I

*42 U.S.C. §1983 - Civil action for deprivation of rights*

14. Plaintiff realleges and incorporates by reference the above paragraphs, as if fully set forth herein.

15. The act of arresting and detaining Plaintiff and charging him with obstructing official business without an affirmative act constitutes a violation of 42 U.S.C. §1983.

### COUNT II

*18 U.S.C. §101 – Records and reports*

16. Plaintiff realleges and incorporates by reference the above paragraphs, as if fully set forth herein.

17. Filing a police report with false information is a violation of 18 U.S.C. §101 if it was done to cover-up an illegal arrest.

THE LAW OFFICE OF
REX A. WOLFGANG
246 HIGH STREET
HAMILTON, OHIO 45011
Tel. (513) 868-2731
Fax (513) 868-1190
E-MAIL rawolfgan@aol.com

## COUNT III

### *Unlawful Prosecution*

18. Plaintiff realleges and incorporates by reference the above paragraphs, as if fully set forth herein.

19. Defendants herein refused to comply with numerous requests by criminal defense counsel to turn over their cameras from the arrest taken at the time of the incident. This refusal was made because the camera videos would show that the arrest was unlawful and the arrest report was intentionally misleading.

20. While the criminal case was eventually dismissed because Defendants refused to turn over this exculpatory evidence, the Plaintiff underwent months of prosecution and incurred expenses and mental anguish as a result.

## COUNT IV

### *Common Law Wrongful Arrest and Prosecution*

21. Plaintiff realleges and incorporates by reference the above paragraphs, as if fully set forth herein.

22. The above-stated actions are not only violations of Federal Law, but also constitute wrongful arrest and prosecution under common law.

## PRAYER FOR RELIEF

WHEREFORE, for all the above reasons, Plaintiff respectfully prays that the Court grant the following relief:

(1) Enter a declaratory judgment finding that the foregoing actions of the Defendants violate 42 U.S.C. §1983 and 18 U.S.C. §101;

THE LAW OFFICE OF
REX A. WOLFGANG
246 HIGH STREET
HAMILTON, OHIO 45011
Tel. (513) 868-2731
Fax (513) 868-1190
E-MAIL rawolfgan@aol.com

(2)　Award compensatory damages to Plaintiff in an amount to be determined at trial, but known to be in excess of $100,000.00;

(3)　Award punitive damages to Plaintiff in an amount to be determined by the jury that would punish Defendants for the willful, wanton, and reckless conduct alleged herein and that would effectively deter similar conduct in the future;

(4)　Award Plaintiff his attorney's fees and costs pursuant to O.R.C. §4112.14(B);

(5)　Order such other relief as this Court deems just and equitable.

Respectfully submitted,

THE LAW OFFICE OF REX A. WOLFGANG

_____
Rex A. Wolfgang, Esq. (0040521)
Attorney for Plaintiff, Christopher Harper
246 High Street
Hamilton, Ohio 45011
Telephone: (513) 868-2731
Facsimile: (513) 868-1190

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a trial by jury of all issues so triable as of right.

Respectfully submitted,

THE LAW OFFICE OF REX A. WOLFGANG

_____
Rex A. Wolfgang, Esq. (0040521)
Attorney for Plaintiff, Christopher Harper
246 High Street
Hamilton, Ohio 45011
Telephone: (513) 868-2731
Facsimile: (513) 868-1190

THE LAW OFFICE OF
REX A. WOLFGANG
246 HIGH STREET
HAMILTON, OHIO 45011
Tel. (513) 868-2731
Fax (513) 868-1190
E-MAIL rawolfgan@aol.com

5