# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| CHRISTOPHER HARPER, | Case No. 3:18-cv-218 |
| Plaintiff, | District Judge Thomas M. Rose |
| | Magistrate Judge Sharon L. Ovington |
| vs. | |
| THE CITY OF TROTWOOD, *et al.*, | |
| Defendants. | |

## DECISION AND ENTRY

The Court has conducted a review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #16), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on July 22, 2019 (Doc. #16) is ADOPTED in full;

2. Plaintiff's Complaint is DISMISSED without prejudice; and

3. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

    August 7, 2019                                                      *s/Thomas M. Rose*
                                                                                                              Thomas M. Rose
                                                                                                              United States District Judge